BRYAN SCHRODER
United States Attorney

KELLY CAVANAUGH
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kelly.Cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | **VERIFIED COMPLAINT FOR** |
| $443,495.00 IN UNITED STATES CURRENCY, | ) | **FORFEITURE *IN REM*** |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through counsel, alleges the following:

## I. NATURE OF THE ACTION

This is a civil action *in rem* brought to enforce the provisions of 21 U.S.C. § 881(a)(6), for the forfeiture of $443,495.00 IN UNITED STATES

CURRENCY, which is hereby alleged to constitute moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and moneys used or intended to be used to facilitate violations of 21 U.S.C. §§ 841, *et seq*.

## II. JURISDICTION AND VENUE

This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. §§ 841 and 881. This is a forfeiture proceeding based upon violations of 21 U.S.C. § 841 and 881.

This Court has venue pursuant to 28 U.S.C. § 1395. Defendant $443,495.00 was seized within the District of Alaska.

## III. RELEVANT FACTS

The facts and circumstances supporting the seizure and forfeiture of Defendant $443,495.00 are contained in Exhibit 1, Affidavit of DEA Special Agent David A. Rose III, which is attached hereto and fully incorporated herein by reference.

Defendant $443,495.00 IN UNITED STATES CURRENCY represents proceeds of, and was intended to be used or was used to facilitate a drug trafficking operation; and as such, Defendant $443,495.00 IN UNITED STATES CURRENCY is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

## IV. CLAIM FOR RELIEF

WHEREFORE, Plaintiff United States of America prays that:

*United States v. $443,495.00 in U.S. Currency*
Verified Complaint for Forfeiture *In Rem* — Page 2
Case 3:20-cv-00310-JWS   Document 1   Filed 12/21/20   Page 2 of 3

1. A Warrant *In Rem* issue for the arrest of Defendant $443,495.00 IN UNITED STATES CURRENCY;

2. That due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

3. That judgment be entered declaring Defendant $443,495.00 IN UNITED STATES CURRENCY forfeited to the United States of America for disposition according to law, and;

4. For such relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED this 18th day of December, 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

*/s/Kelly Cavanaugh*
KELLY CAVANAUGH
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy
of the foregoing was served electronically on:

**Counsel for Defendant**

*/s/Kelly Cavanaugh*
Assistant United States Attorney

*United States v. $443,495.00 in U.S. Currency*
Verified Complaint for Forfeiture *In Rem*   Page 3
Case 3:20-cv-00310-JWS   Document 1   Filed 12/21/20   Page 3 of 3