IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>$443,495.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>) | Case No. 3:20-cv-00310-JWS<br><br>**WARRANT OF ARREST *IN REM*** |

TO:   United States Marshal and/or Drug Enforcement Agency:

WHEREAS, the United States of America filed a Verified Complaint for civil forfeiture in the United States District Court for the District of Alaska against the Defendant property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint, and;

WHEREAS, the Defendant property is currently in the possession, custody or control of the United States, and;

WHEREAS, the Court, having reviewed the Verified Complaint including the Affidavit of DEA Special Agent David A. Rose, III in support thereof, and the Government's Motion for Warrant of Arrest In Rem, hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions, that there is probable cause to believe that the Defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it, who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS SO ORDERED this 28th day of December, 2020, at Anchorage, Alaska.

>                    */s/ John W. Sedwick*
>                    JOHN W. SEDWICK
>                    Senior United States District Judge

*United States v. $443,495.00 in U.S. Currency*  Case No. 3:20-cv-00310-JWS
Warrant of Arrest *In Rem*  Page 2
Case 3:20-cv-00310-JWS   Document 5   Filed 12/28/20   Page 2 of 2