| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
| --- | --- |
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF<br>United States | COURT CASE NUMBER<br>3:20-cv-00310-JWS |
| --- | --- |
| DEFENDANT<br>$443,495 IN UNITED STATES CURRENCY | TYPE OF PROCESS<br>Execute Warrant of Arrest In Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
20-DEA-665925 ($443,495.00 of United States currency)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KELLY CAVANAUGH
U.S. Attorney's Office
222 W. 7th Avenue, #9, Rm 253
Anchorage, AK 99513-7567

RECEIVED MAR 1 1 2021
United States Marshals Service
District of Alaska

| | |
| --- | --- |
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 0 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please execute the attached Warrant of Arrest In Rem (Doc. 5) on the Defendant $443,495.00. Thank you.

| Signature of Attorney other Originator requesting service on behalf of: /s/ Kelly Cavanaugh | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(907) 271-5071 | DATE<br>12/29/20 |
| --- | --- | --- | --- |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. DOO | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date<br>3/12/2021 |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date<br>3-12-2021 | Time<br>1:14 | ☐ am<br>☒ pm |
| --- | --- | --- |

Signature of U.S. Marshal or Deputy
Vicky Lynn Peters

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
| --- | --- | --- | --- | --- | --- |

**REMARKS:**

Warrant of arrest in rem on $443,495.00 served to case file 20-DEA-665925 on 3/12/2021.

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13