Walter F. Musgrove III
State Bar No. 24075514
PO Box 132274
Dallas, Texas 75313
(214) 516-9769 Office
(972) 364-1245 FAX
walter@musgrovelawfirm.com
ATTORNEY FOR CLAIMANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | **CIVIL ACTION NO.** |
| **Plaintiff,** | § § | **3:20-cv-00310-JWS** |
| v. | § § | |
| **$443,495.00 IN UNITED STATES CURRENCY** | § § § | **VERIFIED CLAIM ANTONIO WOODS** |
| **Defendant** | § § | |
| **ANTONIO WOODS** | | |
| **Claimants.** | | |

Claimant Antonio Woods ("Claimant") files the following verified claim to the four hundred-forty three thousand, four hundred and ninety five dollars and no cents ($443,495.00) in United States currency seized by the DEA that is at issue in this case. By his verification below, Claimant shows the following:

1. Claimant hereby claims and demands the return of the $443,495.00 ("property") in U.S. Currency.

2. My interest in the property is that I lawfully held the defendant property that was seized from me in Anchorage, Alaska at the Ted Stevens Anchorage International Airport. I have a 100% interest in the Property.

3. The property is seized is not contraband.

4. I hereby verify that the averments contained in the foregoing Claim are true and correct to the best of my knowledge, information and belief.

5. I declare under the penalty of perjury under the laws of the State of Texas, Alaska and the United States that the foregoing is true and correct.

*Antonio Woods*

SUBSCRIBED TO AND SWORN BEFORE ME on March 26, 2021, to certify which witness my hand and official seal.

DEBORAH ANN ROSALES
My Notary ID # 126020722
Expires March 6, 2023

Notary Public in the State of Texas