Walter F. Musgrove III
State Bar No. 24075514
PO Box 132274
Dallas, Texas 75313
(214) 516-9769 Office
(972) 364-1245 FAX
walter@musgrovelawfirm.com
ATTORNEY FOR CLAIMANT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | **CIVIL ACTION NO.** |
| **Plaintiff,** | § § | **3:20-cv-00310-JWS** |
| v. | § § | **ANSWER TO COMPLAINT FOR** |
| **$443,495.00 IN UNITED STATES CURRENCY** | § § § | **FOREITURE AND DEMAND FOR JURY TRIAL** |
| **Defendant** | § § | |
| **ANTONIO WOODS** | | |
| **Claimant.** | | |

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COME** Antonio Woods, by his attorney, Walter F. Musgrove III, respectfully represents the following by way of Answer to the Complaint for Forfeiture In Rem. Claimant Answers the allegations of the Complaint as follows:

I.

**NATURE OF THE ACTION**

1. Paragraph 1 states conclusions of law to which no response is required. To the extent that Paragraph 1 may be read to make allegations of fact concerning Claimants or the defendant property, those allegations are denied.

## II.

## JURISDICTION AND VENUE

2. Claimant admits that paragraph 2 and 2 is correct.

## III.

## RELEVANT FACTS

3. Claimant generally denies each and every, all and singular, the material allegations contained in Paragraphs 3 of the Plaintiff's Complaint, and demands strict proof thereof by a preponderance of the evidence. Specifically, Claimant generally denies that the $443,495.00 "represents proceeds of, and was intended to be used or was used to facilitate a drug trafficking operation."

Respectfully submitted,

*/s/Walter Musgrove III*

**Walter F. Musgrove III**
State Bar No. 24075514
PO Box 132274
Dallas, Texas 75313
(214) 516-9769 Office
(972) 364-1245 FAX
walter@musgrovelawfirm.com

ATTORNEY FOR Claimant,
Antonio Woods

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing pleading was served on all counsel of record in compliance with the FEDERAL RULES OF CIVIL PROCEDURE via electronic filing on this the 29th day of March 2021.

                                             */s/Walter F. Musgrove III*
                                             Walter F. Musgrove, III