E. BRYAN WILSON
Acting United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:20-cv-00310-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| $443,495.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR JUDGEMENT**

Plaintiff, the United States of America, hereby moves this court to enter the proposed Judgement attached to this motion. The Judgment is necessary in order to forfeit the property not returned to the Claimant to the United States.

//

//

RESPECTFULLY SUBMITTED July 28, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Kelly Cavanaugh
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2021,
a true and correct copy of the foregoing
was served electronically on the following:

Counsel for Defendant

s/ Kelly Cavanaugh
Office of the U.S. Attorney

U.S. v. $443,495.00 IN UNITED STATES CURRENCY
3:20-cv-00310-JWS